## 67845. IN RE IRVIN.
(333 SE2d 450)

McMURRAY, Presiding Judge.

The Supreme Court of Georgia in *In re Irvin*, 254 Ga. 251 (328 SE2d 215) has affirmed in part and reversed in part our decision in *In re Irvin*, 171 Ga. App. 794 (321 SE2d 119). The judgment of the Supreme Court is made the judgment of this court and the case is remanded to the trial court for further disposition not inconsistent with the Supreme Court decision.

*Judgment affirmed in part and reversed in part. Deen, P. J., and Sognier, J., concur.*

DECIDED JUNE 4, 1985.

Peter Zack Geer, for appellant.
J. Brown Moseley, District Attorney, for appellee.